UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMIEN L. WASHINGTON, | ) | No. CV 13-01709-VBK |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DAVE LONG, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Memorandum and Order of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: November 19, 2013          /s/
                                 VICTOR B. KENTON
                                 UNITED STATES MAGISTRATE JUDGE